

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00267-CV

**IN THE INTEREST OF D.R., D.E.R., D.D.R., AND D.R.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02171
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal, after we granted the court reporter's first request for an extension of time to file the record, the reporter's record was due on May 24, 2022. After the due date, court reporter Elva Chapa filed a second notification of late record requesting additional time to prepare the reporter's record.

The request is **granted**. The reporter's record is due on June 3, 2022. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

It is so **ORDERED** on May 27, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT